UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARDEN ROSE, <br><br> Plaintiff, <br><br> v. <br><br> HOLLAND AMERICA LINE INC et al, <br><br> Defendant. | CASE NO. C22-1513-KKE <br><br> ORDER DENYING JOINT MOTION TO EXTEND CASE SCHEDULE |

This matter comes before the Court on the parties' Joint Motion for Extension of Pre-Trial and Trial Dates. Dkt. No. 23. The parties proposed extending certain case deadlines, including the dispositive motions deadline, as well as the trial date. *Id.* The Court can accommodate a trial date of October 28, 2024, but declines to enter the other pretrial deadlines requested by the parties. The Court requires approximately 120 days between the dispositive motions deadline and the trial date. *See, e.g.*, Dkt. No. 20. The parties' proposed schedule results in fewer than 60 days between the dispositive motions deadline and the trial date. Dkt. No. 23-1.

ORDER DENYING JOINT MOTION TO EXTEND CASE SCHEDULE - 1

The Court therefore DENIES the parties' stipulation (Dkt. No. 23), subject to re-filing in accordance with the Court's requirement as stated above.

Dated this 8th day of December, 2023.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge