THE HONORABLE KYMBERLY K. EVANSON

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| ARDEN ROSE, | IN ADMIRALTY |
| Plaintiff, | CASE NO.: 2:22-CV-01513-KKE |
| vs. | ORDER |
| HOLLAND AMERICA LINE, INC., a Washington Corporation, HOLLAND AMERICA LINE N.V., a Curacao Corporation, and HAL ANTILLEN N.V. a Curacao Corporation. | |
| Defendants. | |

## **ORDER**

Based upon the Parties' Amended Stipulated Motion, and the Court being fully advised in the premises, IT IS NOW THEREFORE ORDERED, ADJUDGED, and DECREED, for good cause shown, that the trial date in this matter is changed to October 28, 2024.  A new case schedule is:

| | |
|---|---|
| Trial scheduled for 9:30 a.m. on: | October 28, 2024 |
| Fact Discovery cut off: | May 27, 2024 |
| Disclosure of Expert Witness Testimony under FRCP 26(a)(2) due: | March 25, 2024 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) due: | April 24, 2024 |

| Dispositive motions and motions challenging expert witness testimony | June 28, 2024 |
|---|---|
| Settlement Conference, if mediation has been requested by the parties per LCR 39.1, held no later than: | June 28, 2024 |
| Mediation per LCR 39.1, if requested by the parties, held no later than: | July 15, 2024 |
| All motions *in limine* must be filed by: | September 20, 2024 |
| Agreed LCR 16.1 Pretrial Order due: | October 4, 2024 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions due by this date. Counsel are to confer and indicate with their submissions which exhibits are agreed to. | October 15, 2024 |
| Pretrial Conference scheduled for 10:00 a.m. on: | October 11, 2024 |

DATED this 12th day of December, 2023.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge