UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARDEN ROSE,<br>               Plaintiff,<br>v.<br>HOLLAND AMERICA LINE INC et al.,<br>               Defendants. | CASE NO. C22-1513-KKE<br><br>ORDER GRANTING IN PART AND DENYING IN PART STIPULATED MOTION TO CONTINUE CASE SCHEDULE |

This matter comes before the Court on the parties' stipulated motion to continue the case schedule. Dkt. No. 29. The parties proposed two alternative case schedules. *Id.* While the Court finds that the parties have shown good cause to continue the trial date and related pretrial deadlines, the Court's calendar cannot accommodate either of the parties' proposed schedules.

Accordingly, the motion (Dkt. No. 29) is GRANTED IN PART and DENIED IN PART. Because the Court has found good cause for a continuance, all unexpired case deadlines (Dkt. No. 26) are VACATED. The parties are directed to jointly contact Courtroom Deputy Diyana Staples, at diyana_staples@wawd.uscourts.gov regarding their availability. A new case schedule will then be issued in accordance with the Court's calendar.

Dated this 11th day of March, 2024.

_____
Kymberly K. Evanson
United States District Judge

ORDER GRANTING IN PART AND DENYING IN PART STIPULATED MOTION TO CONTINUE CASE SCHEDULE - 1