1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARDEN ROSE,

                    Plaintiff,

      v.

HOLLAND AMERICA LINE INC et al.,

               Defendants.

CASE NO. C22-1513-KKE

ORDER DENYING MOTION TO MODIFY
CASE SCHEDULE

The parties submitted a joint stipulated motion requesting the Court extend the deadlines for the fact discovery cutoff and for motions challenging expert witness testimony. Dkt. No. 34. The parties maintain that they want to keep their trial date which is currently set for January 27, 2025. However, their requested relief does not comply with the Court's scheduling requirements. The motion is therefore denied.

As stated in the Court's Order Regarding Chambers Procedures in Civil Cases, "the Court requires approximately 120 days between the deadline for filing dispositive motions and the trial date." Dkt. No. 27 at 3. The deadline for motions challenging expert witness testimony is also required to be 120 days before trial. *Id.* "Stipulated motions proposing a schedule that does not comply with this requirement will be denied." *Id.*

ORDER DENYING MOTION TO MODIFY CASE SCHEDULE - 1

Here, the parties' proposed deadline for both expert motions and dispositive motions[1] is November 29, 2024, a mere 59 days before trial.  Accordingly, to the extent the parties seek to extend the deadline for either dispositive motions or motions challenging expert witnesses, they must contact Courtroom Deputy Diyana Staples at Diyana_Staples@wawd.uscourts.gov to obtain a new trial date from which a new case schedule for unexpired deadlines will be calculated.

Dated this 15th day of August, 2024.

Kymberly K. Evanson
United States District Judge

[1] While the parties' motion pertains only to the discovery cutoff and motions challenging expert witnesses, the proposed order submitted with their motion seeks to alter numerous other dates, including the dispositive motion deadline, and also seeks to revive the deadline for discovery motions, which passed on July 31, 2024.

ORDER DENYING MOTION TO MODIFY CASE SCHEDULE - 2