THE HONORABLE KYMBERLY K. EVANSON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ARDEN ROSE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HOLLAND AMERICA LINE, INC., a Washington Corporation, HOLLAND AMERICA LINE N.V., a Curacao Corporation, and HAL ANTILLEN N.V. a Curacao Corporation.<br><br>　　　　Defendants. | IN ADMIRALTY<br><br>CASE NO.: 2:22-CV-01513-KKE<br><br>**ORDER**<br><br><br>Hon. Judge K. Evanson<br><br>Current Trial: January 27, 2025<br>New Trial Date: April 21, 2025<br>Filed: 10/24/2022 |

## ORDER

Based upon the Parties' Stipulated Motion, and the Court being fully advised in the premises, IT IS NOW THEREFORE ORDERED, ADJUDGED, and DECREED, for good cause shown, that the trial date in this matter is changed to April 21, 2025. A new case schedule is:

| | |
|---|---|
| Trial: | **April 21, 2025** |
| Length of Trial | 5 days |
| Disclosure of expert Life Care Testimony under FRCP 26(a)(2) due: | October 15, 2024 |
| Disclosure of rebuttal expert Life Care testimony under FRCP 26(a)(2) due: | October 29, 2024 |
| Fact Discovery cut off (150 days prior to trial): | November 22, 2024 |

| Dispositive motions and motions challenging expert witness testimony (120 days prior to trial): | December 20, 2024 |
|---|---|
| All motions *in limine* must be filed by (5 weeks prior to trial): | March 17, 2025 |
| Agreed LCR 16.1 Pretrial Order due, including exhibit list with completed authenticity, admissibility, and objections fields (3 weeks prior to trial): | March 31, 2025 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions due by this date. Counsel are to confer and indicate with their submissions which exhibits are agreed to (2 weeks prior to trial): | April 7, 2025 |
| Pretrial Conference scheduled for 10:00 a.m. on: | April 11, 2025 |

**IT IS SO ORDERED.**

DATED this 9th day of September, 2024.

Kymberly K. Evanson
United States District Judge