|  |  |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 | UNITED STATES DISTRICT COURT |
| 7 | WESTERN DISTRICT OF WASHINGTON |
|   | AT SEATTLE |

| | |
|---|---|
| ARDEN ROSE, | CASE NO. C22-1513-KKE |
| Plaintiff, | ORDER GRANTING IN PART AND DENYING IN PART STIPULATED MOTION FOR EXTENSION OF PRE-TRIAL AND TRIAL DATES |
| v. | |
| HOLLAND AMERICA LINE INC et al., | |
| Defendant. | |

This matter comes before the Court on the parties' stipulated motion to continue the case schedule. Dkt. No. 38. While the Court finds that the parties have shown good cause to continue the trial date and related pretrial deadlines, the Court's calendar cannot accommodate the parties' proposed schedule.

Accordingly, the motion is GRANTED IN PART and DENIED IN PART. Dkt. No. 38. Because the Court has found good cause for a continuance, all unexpired case deadlines (Dkt. No. 37) are VACATED.

//

//

//

ORDER GRANTING IN PART AND DENYING IN PART STIPULATED MOTION FOR EXTENSION OF PRE-TRIAL AND TRIAL DATES - 1

The parties are directed to jointly contact Courtroom Deputy Diyana Staples, at diyana_staples@wawd.uscourts.gov to identify a new trial date.  A new case schedule will then be issued in accordance with the Court's standard scheduling order.

Dated this 10th day of October, 2024.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge

ORDER GRANTING IN PART AND DENYING IN PART STIPULATED MOTION FOR EXTENSION OF PRE-TRIAL AND TRIAL DATES - 2