UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARDEN ROSE,<br><br>        Plaintiff,<br><br>v.<br><br>HOLLAND AMERICA LINE INC et al.,<br><br>        Defendant. | CASE NO. C22-1513-KKE<br><br>DISMISSAL ORDER |

Counsel having advised the Court that this matter has been resolved, and it appearing that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED and the clerk is directed to administratively close this case.

Dated this 13th day of March, 2025.

Kymberly K. Evanson
United States District Judge

DISMISSAL ORDER - 1